■ In the Matter of PIERRE L., a Person Alleged to be a Juvenile Delinquent, Appellant. [696 NYS2d 411] —Order of disposition, Family Court, Bronx County (Alma Cordova, J.), entered September 29, 1998, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute robbery in the second degree, grand larceny in the fourth degree, criminal possession of stolen property in the fifth degree and attempted assault in the third degree, and placed him on probation for 18 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the court's determinations concerning identification and credibility. Concur—Sullivan, J. P., Williams, Wallach, Lerner and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES VASQUEZ, Appellant. [696 NYS2d 410] —Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered December 4, 1996, convicting defendant, after a jury trial, of attempted murder in the second degree, and sentencing him to a term of 7 to 21 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility.

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Williams, Wallach, Lerner and Friedman, JJ.